

*Brenda Moody*

**Brenda Moody Whinery, Bankruptcy Judge**

# Davis Miles
## McGuire Gardner

40 E. Rio Salado Parkway, Suite 425
Tempe, AZ 85281
Telephone: (480) 733-6800
Fax: (877) 715-7366
efile.dockets@davismiles.com

Pernell W. McGuire – SBN 015909
Aubrey Thomas – SBN 029446
*Attorneys for Debtors*

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>OPT CO, an Arizona corporation, *et al.*,<br><br>Debtors. | In Chapter 11 Proceedings<br><br>Case No.: 4:17-bk-06091-BMW<br><br>**ORDER GRANTING DEBTOR 4K PROPERTIES, LTD'S APPLICATION TO EMPLOY COMMERCIAL REAL ESTATE BROKER** |

This filing applies to:

☐ All Debtors

☐ Specified Debtors

   ☐ Opt Co

   ☐ 4K Builders, Inc.

   ☒ 4K Properties, Ltd.

   ☐ BLU Enterprises, Inc.

   ☐ Vintage Millworks, Inc.

   ☐ Southwest Renewable Resources, LLC

   ☐ Opt Co Residential Painting, LLC

   ☐ Arizona Natural Resources Products, LLC

   ☐ Arizona Steel Finishing, LLC

**Real Properties located at:**
  **(1) 930 W. Brown St.**
     **Snowflake, AZ 85937**
  **(2) 5136 S. Desert View Dr.**
     **Apache Junction, AZ 85120**
  **(3) 1350 W. Harwell Rd.**
     **Gilbert, AZ 85233**

Upon the application of Debtor 4K Properties, Ltd. in the above-captioned

bankruptcy proceeding, requesting that Terry Martin-Denning and NAI Horizon Real Estate

1

Group, Inc. ("Broker") be employed as the commercial real estate broker for the debtor in this Chapter 11 case, and upon the verified statement filed pursuant to Rule 2014, Federal Rules of Bankruptcy Procedure ("FRBP"), and the Court being advised that the Broker represents no adverse interest to the Debtor, and that Broker is a disinterested party, pursuant to 11 U.S.C. §§ 101(14), 327, and 329, and the Court being advised that said employment is necessary and will be in the best interest of this estate,

**IT IS HEREBY ORDERED** that Terry Martin-Denning and NAI Horizon Real Estate Group, Inc. shall be employed as of June 19, 2017, the date that the application and the verified statement were filed with this Court, to serve as the broker for the debtor subject to the terms set forth in the Application. Requests for compensation and costs reimbursements from the Debtor's estate shall be subject to application and approval by order of the Court.

**IT IS HEREBY FURTHER ORDERED** that approval of employment of a professional person DOES NOT automatically approve any fee arrangement set forth in the application or any attachments thereto. No fees are pre-approved by the court. Any request for a professional fee must be made separately, by a detailed application supporting the request, notice must be given to creditors and other parties-in-interest, and the court must have an opportunity to review any objections which any party may have. The court may also consider the application in the absence of any objections, and may adjust the fees according to the merits of the particular case. 11 U.S.C. §§ 327, 328, 329, 330, and 331.

2

1    DATED AND SIGNED ABOVE.

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3