DAVID WM. ENGELMAN, SBA #004193
MICHAEL P. ROLLAND, SBA #030744
**ENGELMAN BERGER, P.C.**
3636 NORTH CENTRAL AVENUE, SUITE 700
PHOENIX, ARIZONA 85012
_____
Ph: (602) 271-9090
Fax: (602) 222-4999
Email: dwe@eblawyers.com
Email: mpr@eblawyers.com

JAMES R. HARRISON, SBA #003157
**O'STEEN & HARRISON, PLC**
300 WEST CLARENDON AVENUE, SUITE 400
PHOENIX, ARIZONA 85013
_____
Ph: (602) 252-8888
Fax: (602) 274-1209
Email: jharrison@vanosteen.com

Attorneys for First Fidelity Bank, N.A.

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No.: 4:17-bk-06091-BMW |
| OPT CO.; 4K BUILDERS, INC.; 4K PROPERTIES, LTD; BLU ENTERPRISES, INC.; VINTAGE MILLWORKS, INC.; SOUTHWEST RENEWABLE RESOURCES, LLC; OPTCO RESIDENTIAL PAINTING, LLC; ARIZONA NATURAL RESOURCES PRODUCTS, LLC; and ARIZONA STEEL FINISHING, LLC | Jointly Administered with Case Nos.: 4:17-bk-06092; 4:17-bk-06093; 4:17-bk-06094; 4:17-bk-06095; 2:17-bk-06096; 4:17-bk-06097; 2:17-bk-06098; and 2:17-bk-06100 |
| Debtors. | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

**PLEASE TAKE NOTICE** that Creditor **First Fidelity Bank, N.A.** ("FFB") hereby enters its appearance through counsel, David Wm. Engelman, Michael P. Rolland of Engelman Berger, P.C. and James Harrison of O'Steen and Harrison, in accordance with Federal Rules of Bankruptcy Procedure 9010, and pursuant to 11 U.S.C. §102(1) and 342 and Federal Rules of Bankruptcy Procedure 2002 and 9007, and requests that all notices given or

required to be given in this matter and all papers served or required to be served in this matter also be given to and served upon the following:

David Wm. Engelman
Michael P. Rolland
Engelman Berger, P.C.
3636 North Central Avenue, Suite 700
Phoenix, Arizona 85012
dwe@eblawyers.com
mpr@eblawyers.com

James R. Harrison
O'Steen & Harrison, PLC
300 West Clarendon Avenue, Suite 400
Phoenix, Arizona  85013
jharrison@vanosteen.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notice and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notice of any application, motion, petition, pleading, request, complaint disclosure document of any kind, conference, hearing or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, telephone, facsimile transmission, telegraph, telex or otherwise, which affect or seek to affect in any way any rights or interest of the above referenced creditor.

This Notice of Appearance and Request for Service of papers shall not be deemed or construed to be a waiver of the rights of FFB: (i) to have final orders in non-core matters or "*Stern* claims" entered only after de novo review by a District Court Judge; (ii) to trial by jury in any proceeding so triable in this matter or any case, controversy, or proceeding related to this matter; (iii) to have the District Court withdraw the reference in any matters subject to mandatory or discretionary withdrawal, or (iv) with respect to any other rights, claims, actions, setoffs, or recoupments to which it may be entitled, in law or in equity, all of which are expressly reserved.

**DATED** this 22nd day of June, 2017.

**ENGELMAN BERGER, P.C.**

By */s/ David Wm. Engelman #004193*
David Wm. Engelman
Michael P. Rolland
3636 N. Central Avenue, Suite 700
Phoenix, Arizona 85012
Attorneys for First Fidelity Bank, N.A.

**O'STEEN & HARRISON, PLC**

By */s/ James R. Harrison #003157*
James R. Harrison
300 West Clarendon Avenue, Suite 400
Phoenix, Arizona 85013
Attorneys for First Fidelity Bank, N.A.

**COPY** of the foregoing emailed
this 22nd day of June, 2017 to:

Pernell W. McGuire, Esq. (pmcguire@davismiles.com)
Aubrey Thomas, Esq. (athomas@davismiles.com)
Davis Miles McGuire Gardner
40 E. Rio Salado Parkway, Suite 425
Tempe, AZ 85281
*Attorneys for Debtor*

Jennifer A. Giaimo, Esq. (Jennifer.A.Giaimo@usdoj.gov)
Renee Sandler Shamblin, Esq. (Renee.S.Shamblin@usdoj.gov)
Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003

/s/ *Kathleen Stephens*

{0002120.0115/00776670.DOC / }