THIS ORDER IS APPROVED.

Dated: June 6, 2019

Brenda Moody Whinery, Chief Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>OPT CO, an Arizona corporation, *et al.*,<br><br>                Debtors.<br><br>This filing applies to:<br><br>☐ All Debtors<br><br>☒ Consolidated Debtors<br>    Opt Co<br>    4K Builders, Inc.<br>    4K Properties, Ltd.<br>    BLU Enterprises, Inc.<br>    Vintage Millworks, Inc.<br>    Southwest Renewable Resources, LLC<br>    Opt Co Residential Painting, LLC<br>    Arizona Steel Finishing, LLC<br><br>☐ Jointly Administered Debtor<br>    Arizona Natural Resources Products, LLC | In Chapter 11 Proceedings<br><br>Case No. 4:17-bk-06091-BMW<br><br>Substantively Consolidated:<br><br>    Case No. 4:17-bk-06092-BMW<br>    Case No. 4:17-bk-06093-BMW<br>    Case No. 4:17-bk-06094-BMW<br>    Case No. 4:17-bk-06095-BMW<br>    Case No. 2:17-bk-06096-BMW<br>    Case No. 4:17-bk-06097-BMW<br>    Case No. 2:17-bk-06100-BMW<br><br>Jointly Administered:<br><br>    Case No. 2:17-bk-06098-BMW<br><br>**ORDER GRANTING APPLICATION TO EMPLOY REAVES LAW GROUP AS SPECIAL COUNSEL FOR THE DEBTOR AND THIS ESTATE** |

1

This matter came before the Court upon the *Application to Employ Reaves Law Group as Special Counsel for the Consolidated Debtors and this Estate* (the "Application"), filed by David M. Reaves, as the authorized Debtor Representative, pursuant to 11 U.S.C. § 327, and there being no objection thereto, and good cause appearing,

**IT IS ORDERED** approving the Application and the employment of Reaves Law Group as special counsel to the Consolidated Debtors and this estate, effective as of May 30, 2019.

**IT IS FURTHER ORDERED** that approval of employment of a professional person DOES NOT automatically approve any fee arrangement set forth in the application or any attachments thereto. No fees are pre-approved by the Court. Any request for a professional fee must be made separately, by a detailed application supporting the request, notice must be given to creditors and other parties-in-interest, and the Court must have an opportunity to review any objections which any party may have. The Court may also consider the application in the absence of any objections, and may adjust the fees according to the merits of the particular case. 11 U.S.C. §§ 327, 328, 329, 330, and 331.

SIGNED AND DATED ABOVE