**Davis Miles McGuire Gardner**

40 E. Rio Salado Pkwy., Suite 425
Tempe, AZ 85281
Telephone: (480) 733-6800
Fax: (480) 733-3748
efile.dockets@davismiles.com

Pernell W. McGuire – SBN 015909
Aubrey L. Thomas – SBN 029446
Courtney T. Torgesen – SBN 034504
*Attorneys for Debtor*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| In re: | In Chapter 11 Proceedings |
|---|---|
| OPT CO, an Arizona corporation, *et al.*, | Case No. 4:17-bk-06091-BMW |
| Debtors. | Substantively Consolidated: |
| | Case No. 4:17-bk-06092-BMW<br>Case No. 4:17-bk-06093-BMW<br>Case No. 4:17-bk-06094-BMW<br>Case No. 4:17-bk-06095-BMW<br>Case No. 2:17-bk-06096-BMW<br>Case No. 4:17-bk-06097-BMW<br>Case No. 2:17-bk-06100-BMW |
| This filing applies to:<br><br>☒ Consolidated Debtors<br>    Opt Co<br>    4K Builders, Inc.<br>    4K Properties, Ltd.<br>    BLU Enterprises, Inc.<br>    Vintage Millworks, Inc.<br>    Southwest Renewable Resources, LLC<br>    Opt Co Residential Painting, LLC<br>    Arizona Steel Finishing, LLC | **ORDER APPROVING POST-PLAN CONFIRMATION, FOURTH, AND FINAL FEE APPLICATION FOR CONFIRMATION OF PAYMENT OF ATTORNEYS' FEES AND COSTS** |

1

This matter having come before the Court on the Post-Plan Confirmation, Fourth, and Final Application for Attorneys' Fees (the "Application"), the Court having found that proper notice has been served, with no objections to the Application being filed, and good cause appearing,

**IT IS HEREBY ORDERED** granting final approval of the First Interim Application for Approval of Attorneys' Fees and Costs of debtors' counsel.

**IT IS HEREBY FURTHER ORDERED** granting final approval of the Second Interim Application for Approval of Attorneys' Fees and Costs of debtors' counsel.

**IT IS HEREBY FURTHER ORDERED** granting final approval of the Third Interim Application for Approval of Attorneys' Fees and Costs of debtors' counsel.

**IT IS HEREBY FURTHER ORDERED** granting final approval of the Fifth and Final Application for Approval of Attorneys' Fees and Costs as follows:

A. Allowing compensation for professional services rendered by the Firm as Debtor's Chapter 11 counsel in the amount of $13,242.50;

B. Allowing reimbursement of costs in the amount of $789.33;

C. Authorizing the Firm to pay the amount awarded from the retainer currently held in the Firm's trust account and such additional amounts as Debtor shall pay.

DATED AND SIGNED ABOVE.

2